Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| **IN RE:** | **CASE: 18-24406** |
| HEATHER LYNN SHEPHERD | **CHAPTER 13** |
| **Debtor** | Hon. JOEL T. MARKER |

## TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

   1. The following creditor objection(s) remain unresolved: HLS OF NEVADA/NEVADA WEST FINANCIAL.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: September 4, 2018                LAJ /S/
                                        LON A. JENKINS
                                        CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on September 04, 2018:

ROGER A. KRAFT, ESQ., ECF Notification

                  /s/ Stephanie Beals