Roger A. Kraft [9932]
**ROGER A. KRAFT
ATTORNEY AT LAW, P.C.**
7660 S. Holden St.
Midvale, UT.  84047
(801) 255-8550
Attorney for Debtor(s).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| IN RE:<br>HEATHER LYNN SHEPHERD<br><br>Debtor | **CASE: 18-24406<br>CHAPTER 13**<br><br>**Hon. JOEL T. MARKER** |
|---|---|
| **NOTICE OF PRECONFIRMATION MODIFICATION**<br>TO CHAPTER 13 PLAN | |

**PLEASE TAKE NOTICE** that the Debtor(s) has filed with the United States Bankruptcy Court for the District of Utah a request to modify the previously filed Chapter 13 Plan under 11 U.S.C. § 1323. The Debtor(s) moves the Court for confirmation of the Plan as modified without further notice and hearing. In support thereof, the Debtor(s) represents as
follows:

The most recently filed plan is hereby modified as follows:

| **Plan Part No.** | **Previously Filed Plan Provision** | **Plan as Modified** |
|---|---|---|
| **3.3** | Nevada West Financial was to be paid 4.0% interest. | Nevada West Financial is to be paid at 7.0% interest. |
|  |  |  |
|  |  |  |
|  |  |  |

The modification does **not** negatively impact secured, priority or nonpriority unsecured

creditors because: Debtor will increase the plan payment should this modification render the plan not feasible.

Under § 1323(c), any holder of a secured claim that has accepted or rejected, as the case may be, the prior plan is deemed to have accepted or rejected the plan as modified, unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and changes such holder's previous acceptance or rejection. **THEREFORE**, because the modification does not require notice to creditors, the Debtor(s) requests the Bankruptcy Court to confirm the plan as modified without further notice or hearing.

Dated this 25th day of September, 2017.         /s/Roger A. Kraft

                                                Roger A. Kraft,
                                                Counsel for Debtor(s).

CERTIFICATE OF SERVICE

(See Attached form 9013-3)

## CERTIFICATE OF SERVICE BY ELECTRONIC NOTICE (CM/ECF)

I hereby certify that on [     9/25/2018     ], I electronically filed the foregoing [ Notice of pre-confirmation modification                    ] with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.
Lon Jenkins (chapter 13 Trustee)
US Trustee
Chase A. Adams (#15080) Attorney for Nevada West Financial
ADAMS LAW PLLC
765 East 9000 South Suite A-1

## CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS

I hereby certify that on [                    ], I caused to be served a true and correct copy of the foregoing [                                                        ] as follows: [*Select only the methods of service that apply*]

⦿ **Mail Service: First–class U.S. mail, postage pre-paid, addressed to**:


◯ **Mail Service to All Parties in Interest: First–class U.S. mail, postage pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated _____attached hereto**.

> [*If notice is required to be served on all parties in interest (i.e. Rule 2002 notices), **you must attach** a copy of the court's official case mailing matrix bearing the same date as the certificate of service. You can obtain a PDF copy of the most current mailing matrix by going to CM/ECF and using Utilities–Miscellaneous–Mailings–Mailing Matrix by Case. Note that parties receiving electronic notice do not need to receive additional notice by mail.*]

**Certified Mail Service – By certified United States mail, postage pre-paid, addressed to**:

**Hand Delivery – By delivery to the following parties at**:

**Other – [identify parties served and manner of service]**:
Lon Jenkins chapter 13 Trustee ECF
US Trustee  ECF
Chase A. Adams (#15080)  ECF
ADAMS LAW PLLC
765 East 9000 South Suite A-1
Sandy, UT 84094

        /s/ Roger A. Kraft_____
        (Signature)